Jose W. YEPEZ, Plaintiff–Appellant,

v.

Melinda HAAG, Asst. U.S. Attorney; et al., Defendants–Appellees.

No. 10–55492.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 15, 2011.

Jose W. Yepez, Butner, NC, pro se.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

Federal prisoner Jose W. Yepez appeals pro se from the district court's judgment dismissing his action brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), alleging that a police detective and a prosecutor engaged in misconduct that resulted in Yepez's conviction and sentence to life imprisonment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal under 28 U.S.C.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 1915A, *Ramirez v. Galaza*, 334 F.3d 850, 853 (9th Cir.2003), and we affirm.

The district court properly dismissed Yepez's complaint because a judgment in favor of Yepez would necessarily imply the invalidity of his conviction or sentence, and Yepez has not shown that his conviction or sentence has been previously invalidated. *See Martin v. Sias*, 88 F.3d 774, 775 (9th Cir.1996) (order).

We construe the judgment to be without prejudice. *See Trimble v. City of Santa Rosa*, 49 F.3d 583, 585 (9th Cir.1995) (per curiam).

Yepez's remaining contentions are unpersuasive.

**AFFIRMED.**